AO 440 (Rev. 10/93) Summons in a Civil Action

**RETURN OF SERVICE**

| | |
|---|---|
| SERVICE OF: | COMPLAINT, SUMMONS IN A CIVIL CASE |
| EFFECTED (1) BY ME: | DAVID TORRES |
| TITLE: | PROCESS SERVER |
| DATE: | 04/23/2009  11:15AM |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

15 BROAD ST, LLC

Place where served:

752 PACIFIC ST   BROOKLYN NY 112##

[X] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

IRENE BERRIEL

Relationship to defendant: AUTHORIZED AGENT

Description of person accepting service:

SEX: F    AGE: 21-35    HEIGHT: 5'4"-5'8"    WEIGHT: 100-130 LBS.    SKIN: WHITE    HAIR: BROWN    OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____.___        SERVICES $ _____.___        TOTAL $ _____.___

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: __/__/20__        _____ L.S.

SIGNATURE OF DAVID TORRES
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

| | |
|---|---|
| ATTORNEY: | MICHAEL T. HENSLEY, ESQ |
| PLAINTIFF: | HOFFMAN FLOOR COVERING CO, INC |
| DEFENDANT: | ALISA CONSTUCTION CO, INC, ET AL |
| VENUE: | DISTRICT |
| DOCKET: | 08 CV 2990 |

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

NB

04/23/09
DAISY PASIONS
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires July 3, 2013